[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 13, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13797
Non-Argument Calendar

_____

D. C. Docket No. 07-00475-CR-RDP-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONE DEXTER HAMILTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 13, 2009)**

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

G. Allen Meighen, appointed counsel for Tyrone Dexter Hamilton, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hamilton's conviction and sentence are **AFFIRMED**.